UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LOPEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>ARIANNA ARYEL RAMOS, et al.,<br><br>          Defendants. | Case No. 2:24-cv-10618-MWC-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 9).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 14) have been made.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing the Complaint without leave to amend.  Claims dismissed due to immunity or lack of state action are dismissed with prejudice, and claims dismissed due to lack of

1 | jurisdiction under the Rooker-Feldman doctrine are dismissed without prejudice.

3 | DATED: February 11, 2025

MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE

2