UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE LOPEZ,<br><br>      Plaintiff,<br><br>      v.<br><br>ARIANNA ARYEL RAMOS, et al.,<br><br>      Defendants. | Case No. 2:24-cv-10618-MWC-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that all of Plaintiff's claims are dismissed without leave to amend. Claims dismissed due to immunity or lack of state action are dismissed with prejudice, and claims dismissed due to lack of jurisdiction under the Rooker-Feldman doctrine are dismissed without prejudice.

DATED: February 11, 2025

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE